

Carolyn A. Taylor    TBA #08526800/FIN 1290
Dominique Varner     TBA #00791182/FIN 18805
Brendetta A. Scott   TBA #24012219/FIN 24592
333 Clay 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEYS FOR SPECIALIZED LOAN SERVICING, LLC

**ENTERED**
**07/22/2009**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| CARLA A. ALFORD § | Bankruptcy Case No. 08-37611 | |
|     DEBTOR § | | |
| § | | |

*********************************§*********************************

| | | |
|---|---|---|
| CARLA A. ALFORD § | | |
|     PLAINTIFFS § | Adversary Case No. 09-3155 | |
| § | | |
| VS. § | Chapter 7 | |
| § | | |
| SPECIALIZED LOAN SERVICING, LLC § | | |
|     DEFENDANT § | | |

**AGREED JUDGMENT**

At Houston in said District, came on for consideration the above referenced Adversary proceeding. Debtor, CARLA A. ALFORD ("Debtors") and Defendant Specialized Loan Servicing, LLC ("Specialized" or "Defendant"), represent to the Court that they have reached an agreement and Court is of the opinion that judgment should be entered as recited herein. The Parties, by and through their attorneys of record present this Agreed Judgment on the Complaint to Determine the Validity, Priority and/or Extent of a Lien or Other Interest in Property, as follows. It is accordingly

AGREED and ORDERED Specialized's Proof of Claim filed on December 22, 2008 as secured in the amount of $40,148.52 will be reduced to a general unsecured claim and paid



according to unsecured claims under the Debtor's plan. Upon discharge of the Debtor's bankruptcy, the lien becomes void and unenforceable. It is further

AGREED and ORDERED that if the Debtor's bankruptcy is at any time dismissed prior to receiving a discharge, the lien shall survive and remain enforceable to the extent permitted by law. It is further

AGREED and ORDERED that Specialized will file a release of lien upon discharge of the Debtor's bankruptcy case. It is further

ORDERED that all parties shall bear their own costs and expenses.

DATED: July 22, 2009

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

APPROVED:

By: _____
Carolyn A. Taylor    TBA #08526800/FIN 1290
Dominique Varner    TBA #00791182/FIN 18805
Brendetta A. Scott   TBA #24012219/FIN 24592
Hughes, Watters & Askanase, L.L.P.
333 Clay 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY IN CHARGE FOR SPECIALIZED LOAN SERVICING

By: _____
CARLA A. ALFORD
John Vincent Burger
4151 Southwest Frwy, Ste 770
Houston, Texas 77027
Telephone 713-960-9696
Telecopier 713-961-4403
ATTORNEY FOR DEBTOR

1460693-1:FSLS:0130

TOTAL P.003